**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**ELIZA ANDERSON**                                            **PLAINTIFF**

**-vs-**                      **CIVIL ACTION NO. 3:06cv473 TSL JCS**

**TIM PERKINS, Individually and in his**
**Official Capacity as Sheriff of Amite**
**County, Mississippi, THE COUNTY OF**
**AMITE, MISSISSIPPI, by and through its**
**Board of Supervisors, AND JOHN DOES**
**1 THROUGH 5**                                    **DEFENDANTS**

**ORDER GRANTING MOTION TO JOIN**
**PLAINTIFF'S NEXT FRIEND AND DAUGHTER**

THIS MATTER having come on for hearing upon the Plaintiff's Motion to Join Plaintiff's

Next Friend and Daughter, wherein Plaintiff moves under Rule 17 (c) of the *Federal Rules of Civil*

*Procedure* for the joinder of Plaintiff's next friend and daughter, Monica Cain, of 106 North Claudia

Street, Gloster, Mississippi 39638, as a representative party of Plaintiff in this lawsuit, insofar as the

Plaintiff suffers mental illness and is incompetent and unable to effectively assist counsel in the

prosecution of this action. The Defendants do not object to the joinder. Accordingly, the Court finds

that the motion is well-taken and should be granted; it is

THEREFORE ORDERED AND ADJUDGED that the Plaintiff's Motion to Join Plaintiff's

Next Friend and Daughter is hereby GRANTED. The Plaintiff's next friend and daughter, Monica

Cain, is hereby joined as a representative party of Plaintiff.

IT IS SO ORDERED this the 26th day of October, 2006.

                                 _____ S/James C. Sumner _____
                                 UNITED STATES MAGISTRATE JUDGE